UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Ruiz, et. al.,

                        Plaintiffs,

-against-

Capri II Pizza, Inc., et. al.,

                        Defendants.
-----------------------------------------------------------------X

24-cv-1536

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On October 18, 2024, the Court directed the parties to submit a joint status letter to the Court by no later than November 22, 2024. (ECF No. 34). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **December 2, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
                November 25, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge